

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>　　**Sonika Randev**<br>　　　　**Debtor(s)** | **Chapter 7**<br>**24-40897-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #42 Motion filed by Creditor Johar Karan Modify the Automatic Stay to Permit State Court Proceedings.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS DENIED.

Dated: 03/25/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge