UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
SONIKA RANDEV,
Debtor.

Chapter 7
Case No. 23-40361-CJP

_____

KARAN JOHAR, M.D.,
Plaintiff,

v.

SONIKA RANDEV,
Defendant.

Adversary Proceeding No. 23-04033

_____

NOTICE OF PARALLEL LITIGATION INVOLVING RESPONDENT'S COUNSEL
FILED JULY 14, 2025

PLEASE TAKE NOTICE that Dr. Karan Johar ("Plaintiff"), a creditor and party to the above-captioned adversary proceeding, respectfully notifies the Court and all interested parties of parallel litigation now pending in both the Supreme Court of the State of New York (Bronx County) and the United States District Court for the Southern District of New York that may bear upon issues of misconduct and collection interference relevant to this bankruptcy case.

1.  On June 12, 2025, Plaintiff commenced a special proceeding under CPLR Article 4 in the Supreme Court, Bronx County, under Index No. 812675/2025E, captioned:

John Doe (a pseudonym for Karan Johar) v. James P. Ehrhard, Esq., individually and as Principal of Ehrhard & Associates, P.C.

2.  The Petition asserts that Mr. Ehrhard, who has appeared as counsel or agent for the Debtor in various forums, engaged in misconduct and abuse of process that impaired Plaintiff's professional standing and ability to enforce lawful claims.

3.  The proceeding was removed by Respondent to the U.S. District Court, SDNY (Case No. 25-cv-5724), where a Motion to Remand is pending.

4.  Notably, the Respondent in that case is now represented by the law firm Morrison Mahoney LLP, which regularly provides defense under legal malpractice or professional liability insurance policies. This development strongly suggests the

triggering of coverage under such a policy, and affirms the seriousness with which the matter is being treated.

5. The issues in the parallel Doe litigation may bear directly upon the timing, collectability, and integrity of Plaintiff's claims against the Debtor in this bankruptcy proceeding. They may also involve questions of bad faith, professional misconduct, or conflicts of interest by those who advised or acted on behalf of the Debtor.

Plaintiff respectfully requests that the Court take judicial notice of the above proceedings, and reserves all rights to present the outcome or findings therein as relevant to this matter. A copy of the Bronx Supreme Court Index Notice and federal Notice of Removal are available upon request.

Dated: July 14, 2025

Respectfully submitted,

/s/ Karan Johar, M.D.
Creditor, Pro Se

Karan Johar, M.D.

United States Bankruptcy Court
District of Massachusetts

In re: Sonika Randev, Debtor
Case No. 24-40897
Adversary Proceeding No.:  24-04036-CJP
Chapter 7

Certificate of Service

I hereby certify that on 07-14-2025, copies of the following documents:

- NOTICE OF PARALLEL LITIGATION INVOLVING RESPONDENT'S COUNSEL FILED 07/14/2025

were served via U.S. Mail to the parties listed below at their respective addresses:

Debtor:
Sonika Randev
163 Oak Street
Ashland, MA 01721-1060

Attorney for Debtor:
George N. Piandes
Hines Law Offices
873 Waverly Street
Framingham, MA 01702-6812

Bankruptcy Trustee:
Jonathan R. Goldsmith
Goldsmith, Katz & Argenio, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103

Office of U.S. Trustee:
Richard King
446 Main Street, 14th Floor
Worcester, MA 01608-2361

Attorney for Ehrhard & Associates, P.C.:
James P. Ehrhard, Esq.
Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01608

Bankruptcy Clerk's Office:
U.S. Bankruptcy Court

595 Main Street
Worcester, MA 01608

I certify under penalty of perjury that the foregoing is true and correct.


Signed,


_____

Karan Johar

993 Park Avenue, New York, NY 10028